UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JINSONG MAO,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>        Defendants. | Case No.: C07-00787 PVT<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**(No Related Docket Number)** |

On May 22, 2007, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the discussions at the Case Management Conference,

IT IS HEREBY ORDERED that the Case Management Conference is CONTINUED to 2:00 p.m. on June 19, 2007.

IT IS FURTHER ORDERED that, no later than June 12, 2007, the parties shall file a supplemental Case Management Conference statement.

IT IS FURTHER ORDERED that defense counsel may appear by telephone at the continued Case Management Conference. No later than June 18, 2007, defense counsel shall contact this court's courtroom deputy at (408) 535-5378 to make arrangements to appear by telephone.

Dated: *5/23/07*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

1  copies mailed on _____ to:

2  Jinsong Mao
   633 Los Ninos Way
3  Los Altos, CA 94022

4  Edward Olsen, Esq.
   Assistant United States Attorney
5  450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
6

7                                        _____
                                         CORINNE LEW
                                         Courtroom Deputy
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 2*