UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JINSONG MAO,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>          Defendants. | Case No.: C07-00787 PVT<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE REMANDED WITH DIRECTIONS TO ADJUDICATE PLAINTIFF'S APPLICATION FOR NATURALIZATION WITHIN 30 DAYS**<br><br>**(No Related Docket Number)** |

On June 12, 2007, Defendants filed a Supplemental Case Management Conference Statement in which Defendants represented that if the parties did not file a stipulation to dismiss by June 19, 2007, Defendants would ask the court to remand the matter to the United States Citizenship and Immigration Services ("USCIS") with instructions to adjudicate the Plaintiff's naturalization application within 30 days. To date, neither a stipulation to dismiss nor a request for remand has been filed. Based on Defendants' Supplemental Case Management Conference Statement and the file herein,

IT IS HEREBY ORDERED that no later than July 10, 2007, Defendants shall file a brief and supporting declarations showing cause, if there be any, why this matter should not be remanded to the USCIS with directions to adjudicate Plaintiff's application for naturalization within 30 days. *See,* 8 U.S.C. § 1447(b); *see also, e.g., Khelifa v. Chertoff*, 433 F.Supp.2d 836 (E.D.Mich. 2006) (remanding case to USCIS with directions to adjudicate the plaintiff's application for naturalization).

Dated: *6/28/07*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

*Counsel automatically notified of this filing via the court's Electronic Case Filing system.*

copies mailed on   *6/28/07*     to:

Jinsong Mao
633 Los Ninos Way
Los Altos, CA 94022

                 /s/   Donna Kirchner, for
                 CORINNE LEW
                 Courtroom Deputy