SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JINSONG MAO,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; DR. EMILIO T. GONZALEZ, Director U.S. Citizenship and Immigration Services; DAVID STILL, San Francisco District Director, U.S. Citizenship and Immigration Services; ROBERT MUELLER, Director of Federal Bureau of Investigation; ALBERTO GONZALES, United States Attorney General, FRANCIS D. SICILIANO, Officer in Charge, San Jose Sub Office, U.S. Citizenship and Immigration Services,<br><br>　　　　　Defendants. | No. C 07-0787 PVT<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has adjudicated plaintiff's application for naturalization.

Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C07-0787 PVT                                                 1

Date: July 2, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated: June 29, 2007

_____
JINSONG MAO
Pro Se

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 7/3/07

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

Stipulation to Dismiss
C07-0787 PVT

2